IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. 05-00345-KD |
| | * | |
| **STEVE EUGENE RUSSO,** | * | |
| **LAWRENCE PETER SUTLEY, and** | * | |
| **JAMES MADISON BROWN** | * | |

## SECOND FINAL JUDGMENT OF FORFEITURE
## AND SUBSTITUTE ASSET JUDGMENT

**WHEREAS**, On February 23, 2007, the Court entered a Final Order of Forfeiture as to Steve Eugene Russo and Laurence Peter Sutley and on July 23, 2007, the Court entered a Preliminary Order of Forfeiture as to James Madison Brown. Pursuant to those orders the Court ORDERED that all rights, title and interest of the defendants, Steve Eugene Russo, Laurence Peter Sutley, and James Madison Brown in the following property be forfeited to the United States for disposition according to law.

1. American Hot, LLC Assets

    *2641 West Beach Boulevard; Vision Bank Account, American Hot; Insurance proceeds,* Defendants Steve Eugene Russo, Laurence Peter Sutley, and James Madison Brown shall forfeit the proceeds totaling $66,717.25 from the American Hot, L.L.C. bank account, which were transferred to Vision Bank account #1001131. Defendant Steve Eugene Russo, shall forfeit insurance proceeds of $93,000 obtained from proceeds received as a result of the Hurricane Ivan damage claimed to the West Beach Boulevard house.

2. Lots 57 and 58 (Burkhart Estates property in Orange Beach, Alabama)

Defendant Russo shall forfeit the Burkhart Estates property; however, only $400,000.00 or Eighty-Nine percent (89%), whichever is larger, of the proceeds from the sale of the Burkhart Estates property may be retained by the United States.

3. <u>2004 BMW Automobile</u>

The government is entitled to a money judgment against defendant Russo in the amount of 10,000.00 as proceeds traceable to Russo's purchase of the 2004 BMW automobile.

4. <u>Vision Bank Account Number 20007440</u>

Defendant Russo shall forfeit the sum of $93,000 currently held in a bank account in the name of Russo's wife, Crystal R. McDonald. The balance of the account may be used in partial satisfaction of the money Judgements discussed supra and infra.

5. <u>Vision Bank Account Number 10017305</u>

Defendant Brown shall forfeit Vision Bank Account Number 10017305, held in the name of Jim Brown, Inc. Supplemental Account

**WHEREAS**, no third-parties have come forward to assert an interest in the subject property in the time required under Title 21, United States Code, § 853(n);

**WHEREAS**, the United States moves this Court for a Final Judgment of Forfeiture declaring the assets forfeited as to all parties and vesting full right, title and interest in the United States.

**WHEREAS**, the defendant James Madison Brown consented to the Order of Forfeiture becoming final prior to his sentencing pursuant to Federal Rules of Criminal Procedure 32.2(b)(3).

**WHEREAS**, the counts of conviction related to the campaign finance fraud charges were

2

overturned by the Court of Appeals for the 11th Circuit, this money judgment is no longer legally viable.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Title 18, United States Code, § 981, as incorporated into criminal forfeiture pursuant to Title 28 U.S.C. § 2461 the above-described assets are forfeited to the United States.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States is entitled to the forfeiture of the additional $3,204.80 as substitute assets in Vision Bank Account Number 20007440 in partial satisfaction of the $10,000.00 outstanding money judgment against the defendant **STEVEN EUGENE RUSSO.**  The United States may further petition the Court for substitute assets to satisfy the remaining $6,755.20.20 in money judgment against the defendant **STEVEN EUGENE RUSSO.**

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward five certified

copies of this Order to Assistant United States Attorney, George F. May.

      DONE this the 19th day of November 2008.

                                    /s/ Kristi K. DuBose
                                    **KRISTI K. DuBOSE**
                                    **UNITED STATES DISTRICT JUDGE**